**Angelo SYLVESTRO and Michele Fazzare, Appellants, v. UNITED STATES of America, Appellee.**

No. 7245.

Circuit Court of Appeals, Sixth Circuit.

May 12, 1936.

Garvin & Garvin, of Marquette, Mich., for appellants.

Jos. M. Donnelly, U. S. Atty., of Grand Rapids, Mich.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The court being of opinion that no error prejudicial to the rights of appellants was committed on the trial of this cause, it is ordered that the judgments herein appealed from be affirmed.

**William TAYLOR v. EMPLOYERS LIABILITY ASSURANCE CO., Ltd.**

**William TAYLOR v. TRAVELERS INSURANCE COMPANY.**

Nos. 7027–7029.

Circuit Court of Appeals, Sixth Circuit.

June 3, 1936.

Baker, Hostetler, Sidlo & Patterson, of Cleveland, Ohio, for appellant.

J. R. Kistner, of Cleveland, Ohio, for appellee Employers Liability Assur. Co.

McKeehan, Merrick, Arter & Stewart, of Cleveland, Ohio, for appellee Travelers Ins. Co.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The court being of opinion that there was no substantial evidence on which to submit to the jury the question as to whether the appellant suffered total disability as the result of the injury which he received, it is ordered that the judgments appealed from be affirmed.

**TAYLOR & WILLIAMS, Inc., v. COMMISSIONER OF INTERNAL REVENUE.**

No. 7370.

Circuit Court of Appeals, Sixth Circuit.

April 8, 1936.

Chester A. Bennett, of Washington, D. C., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., for respondent.

PER CURIAM.

Docketed and dismissed on motion of respondent.

**Jane A. TRACY v. Carl F. ROUTZAHN, Individually and as Collector of Internal Revenue for the Northern District of Ohio.**

No. 6892.

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1936.

Frank E. Bubna, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the authority of Helvering v. Butterworth, 290 U.S. 365, 54 S.Ct. 221, 78 L.Ed. 365.